■ RICHARD L. WOLFSON, Respondent, v PETER M. CALAMEL, Appellant.—Order unanimously modified as an exercise of discretion, and as modified affirmed without costs, in accordance with the following memorandum: The record does not establish that plaintiff's failure to comply with defendant's discovery demands or the trial court's discovery order was

willful or contumacious; therefore, we conclude that the trial court did not abuse its discretion in denying defendant's motion to dismiss plaintiff's complaint or preclude plaintiff from introducing any medical evidence *(see,* CPLR 3126; *Donner v 50 Tom Corp.,* 99 AD2d 504; *Wood v Ford Nursing Home Co.,* 79 AD2d 841; *see also, Gaylord Bros. v RND Co.,* 134 AD2d 848; *Shamash v Ohrbach's Inc.,* 57 AD2d 531). Because plaintiff's counsel's failure to comply with the prior discovery order caused substantial delays, in the exercise of our discretion we impose a monetary sanction in the sum of $500 on plaintiff's counsel *(see, Crow-Crimmins-Wolff & Munier v County of Westchester,* 110 AD2d 871, 872-873; *Siebert v 60 Sutton Corp.,* 99 AD2d 950). (Appeal from order of Supreme Court, Erie County, Wolf, J.—discovery.) Present—Dillon, P. J., Denman, Pine, Lawton and Davis, JJ.